# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JAMES OWENS et al.,**

     **Plaintiffs,**

     **v.**

**BNP PARIBAS S.A. et al.,**

     **Defendants.**

**Civil Action No. 15-1945 (JDB)**

## ORDER

Upon consideration of [24] the parties' joint stipulation and proposed order concerning scheduling and discovery, and the entire record herein, it is hereby **ORDERED** that:

1. The parties shall file their respective briefs in opposition to [17] defendants' motion to dismiss and [22] plaintiffs' motion for summary judgment by not later than March 2, 2016.

2. The parties shall file their respective reply briefs concerning these dispositive motions by not later than March 23, 2016.

3. All discovery in this case shall be stayed pending the Court's ruling on the dispositive motions.

4. The initial scheduling conference set for March 2, 2016, is postponed pending the Court's ruling on the dispositive motions.

**SO ORDERED.**

                             /s/
                          JOHN D. BATES
                 United States District Judge

Dated:  February 4, 2016